UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DELANIA LINDAHL, on behalf of herself, all others similarly situated and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>MTV NETWORKS, INC., NICKELODEON, NEW GAMES PRODUCTION, INC., NEW CREATIVE MIX, INC., and DOES 1 through 10,<br><br>Defendants. | Case No:  C 10-04448 SBA<br><br>**ORDER DENYING STIPULATED REQUEST OF VOLUNTARY DISMISSAL AND SUBSTITUTION OF PARTY**<br><br>Docket 30 |

The parties have submitted a stipulation and proposed order to dismiss MTV Networks Enterprises, Inc., as a party to the First Amended Complaint, and to substitute MTV Networks, a division of Viacom International, Inc., in its stead.  However, the First Amended Complaint filed on December 27, 2010, expressly alleges that MTV Networks, a division of Viacom International, Inc., *is* a named defendant. Compl. at 1:19-20 & ¶ 8. MTV Networks Enterprises, Inc. is *not* named as a party.  As such, the parties' request is moot.  Accordingly,

IT IS HEREBY ORDERED THAT the parties' stipulated request to dismiss MTV Networks Enterprises, Inc., as a party to the First Amended Complaint, and to substitute MTV Networks, a division of Viacom International, Inc., in its stead, is DENIED.

IT IS SO ORDERED.

Dated:  March 15, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge