UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| DELANIA LINDAHL,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>MTV NETWORKS INC., *et al.*,<br><br>　　　　　　　Defendants.<br>_____/ | No. C 10-04448 SBA (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: April 18, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-04448 SBA (LB)
NOTICE OF REFERRAL AND ORDER