1  BENJAMIN SCHONBRUN, Bar No. 118323
   MICHAEL D. SEPLOW, Bar No. 150183
2  COURTNEY ABRAMS, Bar No. 265742
   SCHONBRUN DESIMONE SEPLOW
3  HARRIS HOFFMAN & HARRISON, LLP
   723 Ocean Front Walk
4  Venice, CA 90291
   Telephone:     310.396.0731
5  Fax No.:       310.399.7040
   E-mail:        schonbrun.ben@gmail.com
6                 mseplow@gmail.com
                  cabrams@gmail.com
7
   Attorneys for Plaintiff
8  DELANIA LINDAHL

9  MAUREEN E. MCCLAIN, Bar No. 062050
   MATTHEW P. VANDALL, Bar No. 196962
10 BARBARA I. ANTONUCCI, Bar No. 209039
   LITTLER MENDELSON
11 A Professional Corporation
   650 California Street, 20th Floor
12 San Francisco, CA  94108.2693
   Telephone:     415.433.1940
13 Fax No:        415.399.8490
   E-mail:        mmcclain@littler.com
14                mvandall@littler.com
                  bantonucci@littler.com
15
   Attorneys for Defendants
16 NEW CREATIVE MIX INC., NEW GAMES
   PRODUCTIONS INC., NICKELODEON AND MTV
17 NETWORKS, A DIVISION OF VIACOM
   INTERNATIONAL INC.
18

19                    UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21  DELANIA LINDAHL, on behalf of herself, all others similarly situated and the general public, | Case No.  CV-10-04448-SBA |
| 22 | **JOINT STIPULATION OF DISMISSAL AND COURT ORDER** |
| 23            Plaintiff, | **[F.R. Civ. Pro. 41(a)(1)(A)(ii)]** |
| 24       v. | **[CLASS ACTION]** |
| 25  MTV NETWORKS, INC., NICKELODEON, NEW GAMES | Judge:  Hon. Saundra Brown Armstrong |
| 26  PRODUCTION, INC. NEW CREATIVE MIX, INC. and DOES 1 through 10, | COMPLAINT FILED: October 1, 2010 FIRST AMENDED |
| 27            Defendants. | COMPLAINT FILED: December 20, 2010 TRIAL DATE: No date set. |
| 28 | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIPULATION OF DISMISSAL                                    Case No.  CV-10-04448-SBA

1   IT IS HEREBY STIPULATED by and between the parties to this action, and by and through their designated counsel, that the above-entitled action be and hereby is dismissed with prejudice as to the individual claims of Plaintiff (including waiving her ability to act as a representative of any purported class) and without prejudice as to the putative class members, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each side to bear its/her own costs and attorneys' fees.

Preserving the Parties' view that Court approval of this Stipulation is not required under Rule 41(a)(1)(A)(ii) or Federal Rule Civil Procedure 23 (e), the Parties make the following representations to the Court as a basis for their request that the Court confirm the dismissal of this Lawsuit on the above-delineated terms.

1. The Parties have engaged in the exchange of initial disclosures, the production of documents, the provision of written discovery responses, and Plaintiff's deposition has been taken. Defendants also represent that all persons employed by New Games Production and New Creative Mix in California as talent coordinators (the position held by Plaintiff Lindahl) are classified as non-exempt employees under California law.  As a result of discovery taken to date, and Defendants' representation, Plaintiff has agreed not to seek class certification pursuant to Federal Rule of Civil Procedure 23 (a) and (b).

2. There has been no publicity regarding filing of this case, and Plaintiff's counsel have not spoken to or received inquiries from any persons falling within the class definition alleged in the Complaint.

3. The case has not been certified as a class action, and hence, putative class members have not received notice of the action.

**I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN THIS DOCUMENT.**

Dated: July 25, 2011

*/s/ Maureen E. McClain*
MAUREEN E. MCCLAIN
LITTLER MENDELSON, P.C.
Attorneys for Defendants NEW CREATIVE MIX INC., NEW GAMES PRODUCTIONS INC., NICKELODEON, AND MTV NETWORKS, A DIVISION OF VIACOM INTERNATIONAL INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIPULATION OF DISMISSAL (PROPOSED) ORDER   1.   Case No.  CV-10-04448-SBA

Dated: July 25, 2011

*/s/ Benjamin Schonbrun*
BENJAMIN SCHONBRUN
SCHONBRUN DESIMONE SEPLOW
HARRIS HOFFMAN & HARRISON, LLP
Attorneys for PLAINTIFF
DELANIA LINDAHL

**ORDER**

Based on the above stipulation and in accordance with its terms, the Court hereby orders the case dismissed with prejudice as to Plaintiff Delania Lindahl with each side to bear her/its own fees and costs. The dismissal shall be without prejudice as to the putative class. The Clerk is directed to close this case.

Dated: __7/27/11

*Saundra B. Armstrong*
UNITED STATES DISTRICT COURT JUDGE

Firmwide:102816530.1 061640.1010

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIPULATION OF DISMISSAL (PROPOSED) ORDER    2.    Case No.  CV-10-04448-SBA